IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-268-MOC-DSC

| | |
|---|---|
| **DEUTSCHE BANK TRUST COMPANY AMERICAS, et. al.,** | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| **AQUA AMERICA-GABELLI ASSET MGT, et. al.,** | ) ) ) |
| Defendants. | ) ) ) ) ) ) |

**THIS MATTER** is before the Court on "Application[s] for Admission to Practice *Pro Hac Vice* [of Amy C. Brown, Robert J. Lack and Hal Neier]" (documents #11-13). For the reasons stated therein, the Motions shall be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: June 21, 2011

David S. Cayer
United States Magistrate Judge