IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-268-MOC-DSC

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et. al., </br></br>    Plaintiffs, </br></br> vs. </br></br> AQUA AMERICA-GABELLI ASSET MGT, et. al., </br></br>    Defendants. | ORDER |

**THIS MATTER** is before the Court on "Application for Admission to Practice *Pro Hac Vice* [of Kenneth Ulrich]" (document #51). For the reasons stated therein, the Motion is  granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: September 12, 2011

David S. Cayer
United States Magistrate Judge