IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-268-MOC-DSC

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et. al.,  )<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>AQUA AMERICA, INC., et. al.,  )<br>)<br>Defendants.  )<br>)<br>)  | **NOTICE OF APPEARANCE** |

The undersigned hereby provides notice of appearance pursuant to Local Rule 83.1(B) of the Local Rules of Practice and Procedure for the United States District Court for the Western District of North Carolina as an attorney for Defendant Bank of America, National Association as Successor-in-Interest to Boatmens, to be added to the list of attorneys receiving notices of electronic filing and to receive service of all copies of all notices and papers, including, but not limited to, notices of electronic filings, pleadings, motions, applications, memoranda and other documents required or permitted to be served or filed in the above-captioned case.

This 13th day of October, 2011.

    /s/ Matthew D. Lincoln
Matthew D. Lincoln
N.C. State Bar No. 35410
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC  28202-4003
Phone:  (704) 331-1000
Fax:  (704) 339-5979
mattlincoln@mvalaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a copy of the foregoing **NOTICE OF APPEARANCE** to be filed electronically with the Clerk of Court through ECF. Service will be accomplished by ECF sending e-notice of the electronic filing to all attorneys of record who have consented to accept service by electronic means.

      This the 13th day of October, 2011.

      /s/ Matthew D. Lincoln
      Matthew D. Lincoln